

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

---

*c/o Social Security Administration*  tel: (212) 264-2059
*Office of the General Counsel*  fax: (212) 264-6372
*26 Federal Plaza, Room 3904*
*New York, New York 10278*

August 18, 2022

BY CM/ECF and email
Hon. Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/22/22____

Re: *Good v. Commissioner of Social Security*,
No. 22-cv-3490 (ALC)

**MEMO ENDORSED**

Dear Judge Carter:

Pursuant to this Court's Standing Order (ECF Doc. 5) the Commissioner is currently scheduled to file a copy of the certified electronic record by August 22, 2022. Due to a delay in processing the electronic record, the undersigned writes to respectfully request a 30-day extension until September 21, 2022. This is Defendant's first request for an extension of time in this case. Plaintiff's counsel consents to the requested extension.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Christopher Hurd*
Christopher Hurd
Special Assistant United States Attorney
tel. (212) 264-2059
Email: christopher.hurd@ssa.gov

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/22/22

cc: Daniel Berger (by ECF and email)