UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILCIA GOOD,

                Plaintiff,                22 **CIVIL** 3490 (ALC)

   -v-                                          **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 9, 2022, that this Court reverse the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). THE PARTIES FURTHER STIPULATE AND AGREE that on remand, the Commissioner will remand the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings, including offering Plaintiff a de novo hearing, consistent with the parties' stipulation.

**Dated:**  New York, New York
          November 9, 2022                            **RUBY J. KRAJICK**

                                                                                  **Clerk of Court**

                                            **BY:**

                                                                                  **Deputy Clerk**