```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 1, 2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ILCIA GOOD,**

                      **Plaintiff,**

    -against-                            **22-CV-3490 (ALC)**

**COMMISSIONER OF SOCIAL SECURITY,**       **ORDER**

                      **Defendant.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's Motion for Attorney Fees at ECF No. 17. Defendant is directed to file its response by **March 1, 2023**. Any reply is due **March 15, 2023**.

    So Ordered.

**Dated:** February 1, 2023
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**